MATTHEW KELLEGREW CA SBN: 296166
Admitted to N.D. California
1711 Willamette St. Ste 301, #359
Eugene, OR 97401-4593
Tel: 541-687-9180
Email: mkellegrew[at]cldc.org

Attorneys for Movant J Doe

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of the Summons Number*<br>*OPR-DC-2026-032216-001:*<br><br>J DOE,<br><br>        Movant,<br><br>    vs.<br><br>THE UNITED STATES<br>DEPARTMENT OF HOMELAND<br>SECURITY,<br><br>        Respondent. | Case No. 26-mc-80074<br><br>**DECLARATION OF J DOE IN SUPPORT OF MOTION TO QUASH SUMMONS**<br><br>**DATE:** To Be Determined<br><br>**TIME:** To Be Determined |

I, J DOE, an individual whose rights and interests are implicated by the Summons at issue in this matter declare the following:

1.    I am a citizen of the United States, and a resident of the State of Oregon.

2.    I am associated with the Reddit account Tired_Thumb.

3.    I use this account to post about events and issues local to my region of Oregon and beyond. I regularly engage in political speech, both in my direct posts as well as in the comment threads of others posts I access using Reddit. I utilize this account to engage in political speech through direct posts, as well as dialogue with community members in comment threads associated with my own

- 1 -
DECLARATION OF J DOE IN SUPPORT OF MOTION TO QUASH SUMMONS

and others' posts. Reddit allows users to post and engage on the service without publicly disclosing their legal identity. Like many other users on the site, I use Reddit to converse anonymously.

4.     Neither I nor my Reddit account are associated with importing or exporting any merchandise or any other thing subject to tax or duty into or out of the United States. I have not traveled out of the country, I'm not engaged in any international commerce, and I have no business interests outside the United States. I have not sold or purchased any merchandise of any kind that would cross a United States Border or be subject to any customs tax, duty or fee.

5.     On March 6, 2026, I received a notification from Reddit notifying me that Reddit had received a law enforcement request related to my Tired_Thumb Reddit account.

6.     I responded to this notice with a request for more information as prompted, and I was provided a redacted copy of a Summons produced by the Department of Homeland Security seeking records related to the Tired_Thumb account. Exhibit A.

7.     Subsequent to my receipt of the redacted Summons, I sought out and retained counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 12, 2026.

By:___/s/ *J Doe*_____
J Doe

- 2 -
**DECLARATION OF J DOE IN SUPPORT OF MOTION TO QUASH SUMMONS**