| 1. To (Name, Address, City, State, Zip Code)<br>Reddit, Inc.<br>Corporation Service Company<br>Legal Compliance<br>2710 Gateway Oaks Drive Suite 150N<br>Sacramento, California 95833 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
| --- | --- |

**Summons Number:** OPR-DC-2026-032216-001

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| (A) | ☐ | APPEAR before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (ICE) Special Agent named in Block 2 at the place, date, and time indicated to testify and give information. |
| --- | --- | --- |
| (B) | ☒ | PRODUCE the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or ICE Special Agent named in Block 2 at the place, date, and time indicated. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and ICE.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
| --- | --- | --- | --- |
| Name<br>Title<br>Address | ███████ Special Agent<br>11320 Random Hills Road<br>Fairfax, VA 22030<br>United States | Telephone<br>████████<br><br>Fax | 3/4/2026 8:00 AM |

3. Records required to be produced for inspection

Please see attached continuation page.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*
Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002.

| 4. Name of person authorized to service this summons or any other CBP Officer or ICE Special Agent ████████ | 5. Date of issue - 2/19/2026 3:21 PM Eastern<br><br>By: ████████ |
| --- | --- |
| *(Department of Homeland Security seal)*<br><br>If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2 | 6. Name, title, address, and telephone number of person issuing this summons<br><br>Name ████████<br>Title Special Agent in Charge (Acting)<br>Address Homeland Security Investigations<br>11320 Random Hills Road<br>Fairfax, VA 22030<br>United States<br><br>Telephone ████████ |

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest
Date: 2026.02.19 20:22:09 +00:00

DHS Form 3115 (6/09) - Page 2 of 4

EXHIBIT A - PAGE 1

| 1. | To (Name, Address, City, State, Zip Code)<br>Reddit, Inc.<br>Corporation Service Company<br>Legal Compliance<br>2710 Gateway Oaks Drive Suite 150N<br>Sacramento, California 95833 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS (Continuation)**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|---|

Summons Number: OPR-DC-2026-032216-001

3. Records required to be produced for inspection (continued)

The following applies if checked:

☐    **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice.

All customer or subscriber account information for any and all accounts associated with the following identifiers listed below:
Reddit User: Tired_Thumb
Date: January 1, 2026 - February 18, 2026
In addition, for each such account, the information shall include the subscriber's:
1. Names (including subscriber names, user names, and screen names);
2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
3. Length of service (including start date) and types of service utilized;
4. Telephone or instrument numbers (including model type/numbers, phone numbers, IMSIs, IMEIs, MEIDs, UDIDs, MAC addresses, and advertising IDs);
5. Other subscriber numbers or identities (including temporarily assigned network addresses and registration Internet Protocol ("IP") addresses);
6. IP addresses when connected to service and posting activity
7. Means and source of payment for such service (including any credit card or bank account number) and billing records.
Please return all records to the below individual:
███████ Senior Special Agent
U.S. Immigration and Customs Enforcement
11320 Random Hills Road
Fairfax, VA 22030
████████████████

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to: Special Agent ████████████████

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Special Agent ████████ at U.S. Immigration and Customs Enforcement:
11320 Random Hills Road , Fairfax, VA, 22030

If you have questions, please contact Special Agent ████████████

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

DHS Form 3115 (6/09) - Page 3 of 4

EXHIBIT A - PAGE 2