MATTHEW KELLEGREW CA SBN: 296166
Admitted to N.D. California
1711 Willamette St. Ste 301, #359
Eugene, OR 97401-4593
Tel: 541-687-9180
Email: mkellegrew@]cldc.org

Attorney for Movant J Doe

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In the Matter of the Summons Number*<br>*OPR-DC-2026-032216-001:*<br><br>J. DOE,<br>       Movant,<br><br>    vs.<br><br>THE UNITED STATES<br>DEPARTMENT OF HOMELAND<br>SECURITY,<br>       Respondent. | ) Case No. 26-mc-80074-KAW<br>)<br>) **ORDER GRANTING MOVANT J.**<br>) **DOE'S MOTION TO PROCEED**<br>) **UNDER FICTITIOUS NAME**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

On March 18, 2026, Movant J. Doe moved this Court for an order permitting Movant to proceed under a fictitious name. Upon consideration of the briefing, exhibits and argument of the parties, this Court finds a lawful basis to permit Movant to proceed under the fictitious name "J. Doe." The motion filed by Movant J. Doe is hereby GRANTED.

IT IS SO ORDERED

Dated: March 19, 2026

_____
KANDIS A. WESTMORE
U.S. MAGISTRATE JUDGE

- 1 -

ORDER ON MOTION TO PROCEED UNDER FICTITIOUS NAME