UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE,<br><br>        Movant,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>        Respondent. | Case No. 26-mc-80074-KAW<br><br>**ORDER SETTING DEADLINES AND HEARING DATE; REQUIRING SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 1 |

On March 12, 2026, Movant John Doe filed a motion to quash an administrative summons issued by Respondent United States Department of Homeland Security to Reddit pursuant to Federal Rule of Civil Procedure 45(d)(3). (Dkt. No. 1.) The Court ORDERS Movant to serve the motion to quash on Respondent by **April 2, 2026**, and to file a certificate of service accordingly. Respondent shall file any opposition by **April 16, 2026**, and Movant shall file any reply by **April 30, 2026**. The motion is set for hearing on **May 21, 2026**.

Additionally, Movant shall file a supplemental brief by **April 2, 2026** regarding whether this motion is properly before the Court or should have been filed in Eastern District of Virginia. Rule 45(d) requires that a subpoena-related motion be filed in "the court for the district where compliance is required." Movant appears to assert that the place of compliance is this district because Reddit's headquarters are located in San Francisco. (Dkt. No. 1 at 3-4.) The majority of courts, however, have found that subpoena-related motions must be filed where the subpoena itself commands compliance, *i.e.*, where the documents are to be produced. *E.g.*, *Vervain, LLC v. Kingston Tech. Co.*, No. 24-mc-80322-LJC, 2025 U.S. Dist. LEXIS 53143, at *19-20 (N.D. Cal. Mar. 21, 2025) ("Rule 45(d)(3)(A) could perhaps have been written more clearly, but the most sensible reading, and the majority view of the courts that have considered the issue, is that it

United States District Court
Northern District of California

requires subpoena-related motions to be filed in the district where a subpoena commands compliance."); *Pizana v. Basic Rsesearch, LLC*, No. 1:18-cv-00644-DAD-SKO, 2022 U.S. Dist. LEXIS 94590, at *5 (E.D. Cal. May 26, 2022) ("a majority of federal courts agree that the 'district where compliance is required' is the place of compliance named in the subpoena"); *Deckers Outdoor Corp. v. Walmart, Inc.*, No. 2:23-cv-00575-AB-SSCx, 2024 U.S. Dist. LEXIS 157057, at *3 (C.D. Cal. July 18, 2024) (agreeing that "for the purposes of a Rule 45 motion to quash . . . the court 'where compliance is required' is where production of the documents is commanded on the face of the subpoena"). Here, the subpoenas require that the documents be produced to an agent in Fairfax, Virginia. (Dkt. No. 1-2 at 2.) Thus, it appears the district where compliance is required is the Eastern District of Virginia, even if that place of compliance may ultimately be found to be improper. *See Uniloc USA, Inc. v. Apple Inc.*, No. 19-cv-01692-EJD (VKD), 2020 U.S. Dist. LEXIS 197778, at *3-4 (N.D. Cal. Oct. 23, 2020) ("Apple's motion to compel is properly filed in this district, as it is the place where compliance is required on the face of the subpoena, even if that place of compliance is not proper under Rule 45(c).")

IT IS SO ORDERED.

Dated: March 19, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California

2