MATTHEW KELLEGREW, admitted to N.D. Calif.
CA SBN: 296166
1711 Willamette St. Ste 301, #359
Eugene, OR 97401-4593
Tel: 541-687-9180
Email: mkellegrew@cldc.org

Attorney for Movant J. Doe

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of the Summons Number* ) | Case No. 26-mc-80074 |
| *OPR-DC-2026-032216-001:* ) | |
| ) | **SUPPLEMENTAL MEMORANDUM** |
| J. DOE, ) | **OF LAW REGARDING VENUE** |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

In response to the Court's Order (Dkt 5), Movant J. Doe respectfully submits the

following supplemental briefing regarding the propriety of filing this action in the

Northern District of California rather than the Eastern District of Virginia. This motion

is based on 19 U.S.C. 1510, the points and authorities herein, the declaration of J. Doe

and attached Exhibits A and B, and any other evidence that may be entered into the

record and/or presented at a hearing.

### STATEMENT OF FACTS

Movant realleges and incorporates by reference the facts alleged in the Motion to

- 1 -

SUPPLEMENTAL MEMORANDUM OF LAW REGARDING VENUE

Quash. Dkt 1. Movant further relies on Reddit's publicly identified headquarters as 548 Market Street, San Francisco, California.

https://www.sec.gov/Archives/edgar/data/1713445/000171344525000096/redditannualreport2024.pdf.[1]

## ARGUMENT

Although Movant did cite Fed. R. Civ. Proc. 45 in the Motion to Quash, upon further research it is now clear that that is not the relevant rule.

At issue before the Court is a Motion to Quash a Summons issued under 19 U.S.C. § 1509. Doe Decl, Ex. A. Compliance with summonses issued under this section is governed by 19 U.S.C. § 1510, which provides:

> If any person summoned under section 1509 of this title does not comply with the summons, the district court of the United States for *any district in which such person is found or resides or is doing business*, upon application and after notice to any such person and hearing, shall have jurisdiction to issue an order requiring such person to comply with the summons. Failure to obey such order of the court may be punished by such court as a contempt thereof and such court may assess a monetary penalty.

19 U.S.C. § 1510 (emph. added).

Here, the Department of Homeland Security issued the § 1509 summons to Reddit, which is headquartered in San Francisco. The Northern District of California

---

[1] *See Lee v. City of L.A.*, 250 F.3d 668, 689 (9th Cir. 2001) (taking judicial notice of information on government websites); *Ariz. Libertarian Party v. Reagan*, 798 F.3d 723, 727 (9th Cir. 2015), *cert. denied*, 136 S. Ct. 823 (2016) ("We may take judicial notice of 'official information posted on a governmental website, the accuracy of which [is] undisputed'").

SUPPLEMENTAL MEMORANDUM OF LAW REGARDING VENUE

has jurisdiction over the location in which Reddit resides and is doing business. Therefore, pursuant to 19 U.S.C. § 1510 it is a court of competent jurisdiction to resolve disputes related to compliance with the Summons issued by DHS under the stated authority of 19 U.S.C. § 1509.

Movant initially turned to Fed. R. Civ. Proc. 45, because of the government's uneven use of the term "summons" and "subpoena." The document at issue is captioned as a "Summons" under authority of 19 U.S.C. § 1509; but in one location refers to itself as a "subpoena." Doe Decl., Ex. A at 2 section 3. However, this is clearly not a "subpoena" issued pursuant to Fed. R. Civ. Proc. 45, because there is no pending civil case.[2]

## CONCLUSION

For these reasons, Movant respectfully requests that the Court find the Northern District of California to be the appropriate venue to resolve this matter, and issue an order quashing the Summons.

---

[2] Even if this were an FRCP 45 subpoena, arguably this Court would be the appropriate venue to quash it, because the recipient resides more than 100 miles from the place of compliance. FRCP 45(c)(2)(A) states: "A subpoena may command . . . production of documents, electronically stored information, or tangible things **at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person."** (Emph. added). This rule "is designed not only to protect witnesses from the harassment of long, tiresome trips but also, in line with our national policy, to minimize the costs of litigation, which policy is strongly emphasized in the Federal Rules of Civil Procedure." *Farmer v. Arabian Am. Oil Co.,* 379 U.S. 227, 234 (1964). Therefore, a district court may quash long-distance subpoenas served on residents of its own district. *See, e.g., United States v. Google LLC*, 690 F. Supp. 3d 1011, 1036-37 (2023) (collecting cases).

SUPPLEMENTAL MEMORANDUM OF LAW REGARDING VENUE

Dated: March 24, 2026.

                                   */s/ Matthew Kellegrew*
                                 Matthew Kellegrew, CA State Bar # 296166
                                 Admitted to N.D. Cal.
                                 Civil Liberties Defense Center
                                 (541) 687-9180
                                 mkellegrew@cldc.org

SUPPLEMENTAL MEMORANDUM OF LAW REGARDING VENUE