MATTHEW KELLEGREW, admitted to N.D. Calif.
CA SBN: 296166
1711 Willamette St. Ste 301, #359
Eugene, OR 97401-4593
Tel: 541-687-9180
Email: mkellegrew@cldc.org

Attorney for Movant J. Doe

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of the Summons Number OPR-DC-2026-032216-001:* ) | Case No. 26-mc-80074 |
| ) | |
| ) | **NOTICE OF DISMISSAL** |
| J. DOE, ) | **PURSUANT TO FRCP 41(a)(1)(A)(i)** |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Respondent. ) | |
| ) | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff J. Doe hereby dismisses this action prior to the filing of an Answer, Motion for Summary Judgment, or other responsive pleading by the opposing party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This dismissal action is based on Fed. R. Civ. P. 41(a)(1)(A)(i) and the Declaration of Matthew Kellegrew. As noted in that Declaration, the Respondent's counsel has notified Movant's counsel that Respondent is withdrawing the Summons at issue in this matter.

- 1 -

Dated: March 30, 2026.

*/s/ Matthew Kellegrew*
Matthew Kellegrew, CA State Bar # 296166
Admitted to N.D. Cal.
Civil Liberties Defense Center
mkellegrew@cldc.org
541-687-9180
1711 Willamette St. Ste 301 # 359
Eugene, OR 97401

- 2 -

NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)