MATTHEW KELLEGREW, admitted to N.D. Calif.
CA SBN: 296166
1711 Willamette St. Ste 301, #359
Eugene, OR 97401-4593
Tel: 541-687-9180
Email: mkellegrew@cldc.org

Attorney for Movant J. Doe

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In the Matter of the Summons Number OPR-DC-2026-032216-001:*<br><br>J. DOE,<br><br>Movant,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Respondent. | Case No. 26-mc-80074<br><br>**DECLARATION OF MATTHEW KELLEGREW** |

1. I, Matthew Kellegrew, am the Movant's attorney in this matter, and I make the statements in this declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

2. On March 27, 2026, I received the following email from Assistant U.S. Attorney Pam Johann, which stated: "Our office received the Motion to Quash that you filed in the above case. I have been informed that DHS has rescinding the summons and has notified Reddit of this. Because there is no subpoena to quash, this miscellaneous matter is now moot. We request that you voluntarily dismiss the matter."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and

correct.

Dated: March 27, 2026.

*/s/ Matthew Kellegrew*

Matthew Kellegrew, CA State Bar # 296166
Admitted to N.D. Cal.
Civil Liberties Defense Center
mkellegrew@cldc.org
541-687-9180
1711 Willamette St. Ste 301 # 359
Eugene, OR 97401